Opinion issued December 23, 2008.

corrected













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00924-CR

____________


FRANK CALAWAY WILLIAMS, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 185th District Court 

Harris County, Texas

Trial Court Cause No. 1186240






MEMORANDUM OPINION

 On December 10, 2008, appellant, Frank Calaway Williams, filed a motion to
dismiss the above-referenced appeal. The motion complies with the Texas Rules of
Appellate Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).